IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 18 CR 286 |
| | ) ) | |
| DAVID SALGADO | ) | Hon. Matthew F. Kennelly |
| Defendant. | ) ) | |

**DEFENDANT SALGADO'S STATUS REPORT REGARDING THE SENTENCING HEARING**

NOW COMES the defendant, DAVID SALGADO ("SALGADO"), by and through his attorney, MICHAEL J. PETRO, and hereby requests this Honorable Court to enter into the record DEFENDANT SALGADO'S STATUS REPORT REGARDING THE SENTENCING HEARING.

1. The status report should include whether the defendant consents to proceed by video (No video – in person) and should identify any witnesses who will be called at the sentencing hearing ( Kimberly Arreola, wife, and Petra Salgado, sister, will be proffering support) and should provide the number of others (e.g., family and friends) (There will be aroud 10-15 family members and friends) who are planning to attend the sentencing.

Respectfully submitted,

s/ Michael J. Petro

Attorney for DAVID SALGADO
53 West Jackson Boulevard, Suite 630
Chicago, Illinois 60604
312-913-1111

## CERTIFICATE OF SERVICE

I, MICHAEL J. PETRO, an attorney, state that I caused to be filed, by electronic filing (ECF), with the Clerk of the United States District Court for the Northern District of Illinois, the foregoing document on 6/30/2020June 30, 2020.

By His Attorney,

/s Michael J. Petro

Attorney for DAVID SALGAO
53 West Jackson Boulevard, Suite 630
Chicago, Illinois 60604
312-913-1111