**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | No.  18 CR 296 |
| | ) | |
| | ) | Hon. Matthew F. Kennelly |
| DAVID SALGADO | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant, DAVID SALGADO, by and through his attorneys,

Michael J. Petro, hereby appeals to the United States Court of Appeals for the Seventh Circuit from a

Conviction and Sentence announced orally on July 15, 2020 (Docket 206), and entered on the docket

on July 20, 2020 (Docket 207).

Respectfully submitted,

s/ Michael J. Petro

Attorney for DAVID SALGADO
53 West Jackson Boulevard, Suite 630
Chicago, IL 60604
(312) 913-1111

# UNITED STATES DISTRICT COURT
## Northern District of Illinois

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) | |
|  | ) | |
| DAVID SALGADO | ) | Case Number:   1:18-CR-00286(2) |
|  | ) | |
|  | ) | USM Number:   53177-424 |
|  | ) | |
|  | ) | |
|  | ) | Michael John Petro |
|  | ) | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s)       which was accepted by the court.

☒ was found guilty on count(s) one (1s), two (2s), three (3s), five (5s), and seven (7s) of the Superseding Indictment after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 18 U.S.C. § 371  Conspiracy to Steal Property in the Care, Custody, and Control of the Chicago Police Department | 01/31/2019 | 1s |
| 18 U.S.C. § 241 Conspiracy to Violate Fourth Amended Rights of Certain Chicago Residents | 01/31/2019 | 2s |
| 18 U.S.C. § 641 Public Money, Property Or Records | 01/31/2019 | 3s |
| 18 U.S.C. § 1001(a)(2) Making a Materially False Statement to a Federal Agent | 01/31/2019 | 5s |
| 18 U.S.C. § 1519 Destroying Records With the Intent to Impede an Investigation of Any Matter Within the Jurisdiction of the FBI. | 01/31/2019 | 7s |

The defendant is sentenced as provided in pages 2 through 6 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)       dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

July 15, 2020
Date of Imposition of Judgment

Signature of Judge

Matthew F. Kennelly, United States District Judge

Name and Title of Judge

7-20-2020
Date

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 2 – Imprisonment

DEFENDANT:  DAVID SALGADO
CASE NUMBER:  1:18-CR-00286(2)

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
Sixty (60) months as to count one (1s) of the superseding indictment; seventy-one (71) months as to count two  (2s) of the superseding indictment; seventy-one (71) months as to count three (3s) of the superseding indictment; sixty (60) months as to count five (5s) of the superseding indictment; and seventy-one (71) months as to count seven (7s) of the superseding indictment. Terms of imprisonment are to run concurrently.

☒       The court makes the following recommendations to the Bureau of Prisons: The Court recommends that the defendant be designated to FCP Oxford, so that he may have ongoing contact with his family in Chicago, which is important for the defendant's future positive adjustment. The Court recommends that the defendant be designated to an institution where he can participate in the residential drug and alcohol abuse program at an appropriate point during his incarceration.  Any costs of imprisonment are waived.

☐       The defendant is remanded to the custody of the United States Marshal.

☐       The defendant shall surrender to the United States Marshal for this district:

    ☐       at            on

    ☐       as notified by the United States Marshal.

☒       The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐       before 2:00 pm on 12/2/2020

    ☐       as notified by the United States Marshal.

    ☐       as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows: _____

_____

_____

Defendant delivered on _____ to _____ at_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 6 – Schedule of Payments

Judgment – Page 3 of 6

DEFENDANT:  DAVID SALGADO
CASE NUMBER:  1:18-CR-00286(2)

## MANDATORY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3583(d)

Upon release from imprisonment, you shall be on supervised release for a term of:
One (1) year as to counts count(s) one (1s), two (2s), three (3s), five (5s), and seven (7s) of the superseding indictment. The terms are to run concurrently.

      The court imposes those conditions identified below:

**During the period of supervised release:**

1. The defendant shall not commit another Federal, State, or local crime.

2. The defendant shall not unlawfully possess a controlled substance.

3. The defendant shall cooperate in the collection of a DNA sample.

4. The defendant shall refrain from any unlawful use of a controlled substance AND submit to one drug test within 15 days of release on supervised release and at least two periodic tests thereafter, up to 104 periodic tests for use of a controlled substance during each year of supervised release. [This mandatory condition may be ameliorated or suspended by the court for any defendant if reliable sentencing information indicates a low risk of future substance abuse by the defendant.]

## DISCRETIONARY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3563(b) AND 18 U.S.C § 3583(d)

**Discretionary Conditions** — The court orders that you abide by the following conditions during the term of supervised release because such conditions are reasonably related to the factors set forth in **§ 3553(a)(1)** and **(a)(2)(B), (C), and (D);** such conditions involve only such deprivations of liberty or property as are reasonably necessary for the purposes indicated in **§ 3553 (a)(2) (B), (C), and (D);** and such conditions are consistent with any pertinent policy statement issued by the Sentencing Commission pursuant to **28 U.S.C. 994a**.
The court imposes those conditions identified below:

**During the period of supervised release:**

1. The defendant shall seek, and work conscientiously at, lawful employment or, if you are not gainfully employed, you shall pursue conscientiously a course of study or vocational training that will equip you for employment.

2. The defendant shall refrain from engaging in the following occupation, business, or profession bearing a reasonably direct relationship to the conduct constituting the offense, or engage in the following specified occupation, business, or profession only to a stated degree or under stated circumstances; (if checked yes, please indicate restriction(s)) Police Officer.

3. The defendant shall not knowingly meet or communicate with any person whom you know to be engaged, or planning to be engaged, in criminal activity.

4.  The defendant shall refrain from excessive use of alcoholic beverages (defined as having a blood alcohol concentration of .08 or higher) and shall refrain from any use of a controlled substance, as defined in section 102 of the Controlled Substances Act, 21 U.S.C. § 802, without a prescription from a licensed medical practitioner.

5. The defendant shall not possess a firearm, destructive device, or other dangerous weapon.

6. The defendant you shall participate, at the direction of a probation officer, in a substance abuse treatment program, which may include urine testing up to a maximum of 104 tests per year.

7. The defendant shall not knowingly leave the federal judicial district in which the defendant is being supervised without the permission of the court or probation officer.

8. The defendant shall permit a probation officer to visit the defendant at any reasonable time at home or any other reasonable location specified by the probation officer. The defendant shall permit confiscation of any contraband observed in plain view of the probation officer.

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 6 – Schedule of Payments                                                                 Judgment – Page 4 of 6

DEFENDANT:  DAVID SALGADO
CASE NUMBER:  1:18-CR-00286(2)

9. The defendant shall notify the probation officer within 72 hours after becoming aware of any change or planned change in the defendant's employer, workplace, or residence.

10. The defendant shall notify the probation officer within 72 hours after being arrested, charged with a crime, or questioned by a law enforcement officer.

## SPECIAL CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C. 3563(b)(22) and 3583(d)

The court imposes those conditions identified below:

**During the term of supervised release:**

1. The defendant shall, if unemployed after the first 60 days of supervision, or if unemployed for 60 days after termination or lay-off from employment, perform at least 20 hours of community service per week at the direction of the U.S. Probation Office until gainfully employed. The amount of community service shall not exceed 200 hours.

2. The defendant shall not incur new credit charges or open additional lines of credit without the approval of a probation officer unless you are in compliance with the financial obligations imposed by this judgment.

3. The defendant shall provide a probation officer with access to any requested financial information necessary to monitor compliance with conditions of supervised release.

4. The defendant shall within 72 hours of any significant change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments, you must notify the probation officer of the change.

5. The defendant shall file accurate income tax returns and pay all taxes, interest and penalties as required by law.

6. The defendant shall pay to the Clerk of the Court any financial obligation ordered herein that remains unpaid at the commencement of the term of supervised release, at a rate of not less than 10% of the total of your gross earnings minus federal and state income tax withholdings.

7. The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the court.

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 6 – Schedule of Payments

Judgment – Page 5 of 6

DEFENDANT:  DAVID SALGADO
CASE NUMBER:  1:18-CR-00286(2)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $500.00 | $4,200.00 | $.00 | $.00 | $.00 |

☐ The determination of restitution is deferred until        . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to **18 U.S.C. § 3664(i)**, all nonfederal victims must be paid before the United States is paid.

Restitution of $4,200.00 jointly and severally with co-defendant Xavier Elizondo (18 cr 286-1) to:

Federal Bureau of Investigation
Attn: Financial Management
2111 W. Roosevelt Rd.
Chicago IL, 60608

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant **to 18 U.S.C. § 3612(f)**.  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to **18 U.S.C. § 3612(g)**.

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☒ the interest requirement is waived for the restitution.

   ☐ the interest requirement for the        is modified as follows:

☐ The defendant's non-exempt assets, if any, are subject to immediate execution to satisfy any outstanding restitution or fine obligations.

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 6 – Schedule of Payments
Judgment – Page 6 of 6

DEFENDANT: DAVID SALGADO
CASE NUMBER: 1:18-CR-00286(2)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payment of $4,700.00 due immediately.

         ☐ balance due not later than      , or

         ☒ balance due in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal     (*e.g. weekly, monthly, quarterly*) installments of $     over a period of     (*e.g., months or years*), to commence     (*e.g., 30 or 60 days*) after the date of this judgment; or

**D** ☐ Payment in equal     (*e.g. weekly, monthly, quarterly*) installments of $     over a period of     (*e.g., months or years*), to commence     (*e.g., 30 or 60 days*) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within     (*e.g., 30 or 60 days*) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ Special instructions regarding the payment of criminal monetary penalties: Any financial obligations imposed by the judgment in this case are due immediately. Any such obligations that remain unpaid when defendant's term of supervised release commences in an amount that is at least 10% of the total of the defendant's gross earnings minus federal and state income tax withholdings.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several<br>Amount | Corresponding Payee, if<br>Appropriate |
|---|---|---|---|
| David Salgado (18 cr 286-2) | | $4,200.00 | Federal Bureau of Investigation |
| Xavier Elizondo (18 cr 286-1) | | $4,200.00 | Federal Bureau of Investigation |

\*\*See above for Defendant and Co-Defendant Names and Case Numbers (*including defendant number*), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.\*\*

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

APPEAL,COLE,TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 6.3.3 (Chicago)
# CRIMINAL DOCKET FOR CASE #: 1:18-cr-00286-2
# Internal Use Only

Case title: USA v. Elizondo et al

Date Filed: 05/09/2018
Date Terminated: 07/20/2020

Assigned to: Honorable Matthew F. Kennelly

**Defendant (2)**

| | | |
|---|---|---|
| **David Salgado**<br>*TERMINATED: 07/20/2020* | represented by | **Brooke Buican**<br>Petro And Associates<br>53 W. Jackson<br>Suite 630<br>Chicago, IL 60604<br>(312)913-1111<br>Email:<br>brooke.buican@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Michael John Petro**<br>Petro & Associates<br>53 West Jackson Boulevard<br>Suite 630<br>Chicago, IL 60604<br>(312)913-1111<br>Email: attorney@mjpetro.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DEFRAUD THE UNITED STATES (1s) | The defendant was found guilty on counts one (1s), two (2s), three (3s), five (5s), and seven (7s) of the Superseding Indictment after a plea of not guilty. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total |

term of: Sixty (60) months as to count one (1s) of the superseding indictment; seventy-one (71) months as to count two (2s) of the superseding indictment; seventy-one (71) months as to count three (3s) of the superseding indictment; sixty (60) months as to count five (5s) of the superseding indictment; and seventy-one (71) months as to count seven (7s) of the superseding indictment. Terms of imprisonment are to run concurrently. The court makes the following recommendations to the Bureau of Prisons: The Court recommends that the defendant be designated to FCP Oxford, so that he may have ongoing contact with his family in Chicago, which is important for the defendant's future positive adjustment. The Court recommends that the defendant be designated to an institution where he can participate in the residential drug and alcohol abuse program at an appropriate point during his incarceration. Any costs of imprisonment are waived. The defendant shall surrender for service at the institution designated by the Bureau of Prisons before 2:00 pm on 12/2/2020. Upon release from imprisonment, you shall be on supervised release for a term of: One (1) year as to counts count(s) one (1s), two (2s), three (3s), five (5s), and seven (7s) of the superseding indictment. The terms are to run concurrently. Criminal Monetary Penalties. Schedule of Payments.

CONSPIRACY AGAINST RIGHTS
(2s)

The defendant was found guilty on counts one (1s), two (2s), three (3s), five (5s), and seven (7s) of the Superseding Indictment after a plea of not guilty. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: Sixty (60) months as to count one (1s) of the superseding indictment; seventy-one (71) months as to count two (2s) of the superseding indictment; seventy-one (71) months as to count three (3s) of the superseding indictment; sixty (60) months as to count five (5s) of the superseding indictment; and seventy-one (71) months as to count seven (7s) of the superseding indictment. Terms of imprisonment are to run concurrently. The court makes the following recommendations to the Bureau of Prisons: The Court recommends that the defendant be designated to FCP Oxford, so that he may have ongoing contact with his family in Chicago, which is important for the defendant's future positive adjustment. The Court recommends that the defendant be designated to an institution where he can participate in the residential drug and alcohol abuse program at an appropriate point during his incarceration. Any costs of imprisonment are waived. The defendant shall surrender for service at the institution designated by the Bureau of Prisons before 2:00 pm on 12/2/2020. Upon release from imprisonment,

PUBLIC MONEY, PROPERTY OR RECORDS (3s)

you shall be on supervised release for a term of: One (1) year as to counts count(s) one (1s), two (2s), three (3s), five (5s), and seven (7s) of the superseding indictment. The terms are to run concurrently. Criminal Monetary Penalties. Schedule of Payments.

The defendant was found guilty on counts one (1s), two (2s), three (3s), five (5s), and seven (7s) of the Superseding Indictment after a plea of not guilty. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: Sixty (60) months as to count one (1s) of the superseding indictment; seventy-one (71) months as to count two (2s) of the superseding indictment; seventy-one (71) months as to count three (3s) of the superseding indictment; sixty (60) months as to count five (5s) of the superseding indictment; and seventy-one (71) months as to count seven (7s) of the superseding indictment. Terms of imprisonment are to run concurrently. The court makes the following recommendations to the Bureau of Prisons: The Court recommends that the defendant be designated to FCP Oxford, so that he may have ongoing contact with his family in Chicago, which is important for the defendant's future positive adjustment. The Court recommends that the defendant be designated to an institution where he can participate in the residential drug and alcohol abuse

program at an appropriate point during his incarceration. Any costs of imprisonment are waived. The defendant shall surrender for service at the institution designated by the Bureau of Prisons before 2:00 pm on 12/2/2020. Upon release from imprisonment, you shall be on supervised release for a term of: One (1) year as to counts count(s) one (1s), two (2s), three (3s), five (5s), and seven (7s) of the superseding indictment. The terms are to run concurrently. Criminal Monetary Penalties. Schedule of Payments.

The defendant was found guilty on counts one (1s), two (2s), three (3s), five (5s), and seven (7s) of the Superseding Indictment after a plea of not guilty. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: Sixty (60) months as to count one (1s) of the superseding indictment; seventy-one (71) months as to count two (2s) of the superseding indictment; seventy-one (71) months as to count three (3s) of the superseding indictment; sixty (60) months as to count five (5s) of the superseding indictment; and seventy-one (71) months as to count seven (7s) of the superseding indictment. Terms of imprisonment are to run concurrently. The court makes the following recommendations to the Bureau of Prisons: The Court recommends that the defendant be designated to FCP Oxford, so that he may

STATEMENTS OR ENTRIES GENERALLY (5s)

have ongoing contact with his family in Chicago, which is important for the defendant's future positive adjustment. The Court recommends that the defendant be designated to an institution where he can participate in the residential drug and alcohol abuse program at an appropriate point during his incarceration. Any costs of imprisonment are waived. The defendant shall surrender for service at the institution designated by the Bureau of Prisons before 2:00 pm on 12/2/2020. Upon release from imprisonment, you shall be on supervised release for a term of: One (1) year as to counts count(s) one (1s), two (2s), three (3s), five (5s), and seven (7s) of the superseding indictment. The terms are to run concurrently. Criminal Monetary Penalties. Schedule of Payments.

The defendant was found guilty on counts one (1s), two (2s), three (3s), five (5s), and seven (7s) of the Superseding Indictment after a plea of not guilty. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: Sixty (60) months as to count one (1s) of the superseding indictment; seventy-one (71) months as to count two (2s) of the superseding indictment; seventy-one (71) months as to count three (3s) of the superseding indictment; sixty (60) months as to count five (5s) of the superseding indictment; and seventy-one (71) months as to count seven (7s) of the superseding

DESTRUCTION,ALTERNATION,FALSIFICATION,RCDS
FED INVESTIGATION
(7s)

indictment. Terms of imprisonment are to run concurrently. The court makes the following recommendations to the Bureau of Prisons: The Court recommends that the defendant be designated to FCP Oxford, so that he may have ongoing contact with his family in Chicago, which is important for the defendant's future positive adjustment. The Court recommends that the defendant be designated to an institution where he can participate in the residential drug and alcohol abuse program at an appropriate point during his incarceration. Any costs of imprisonment are waived. The defendant shall surrender for service at the institution designated by the Bureau of Prisons before 2:00 pm on 12/2/2020. Upon release from imprisonment, you shall be on supervised release for a term of: One (1) year as to counts count(s) one (1s), two (2s), three (3s), five (5s), and seven (7s) of the superseding indictment. The terms are to run concurrently. Criminal Monetary Penalties. Schedule of Payments.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | |
| PUBLIC MONEY, PROPERTY OR RECORDS (2) | |
| STATEMENTS OR ENTRIES GENERALLY (3) | |

## Highest Offense Level (Terminated)

Felony

## Complaints
## Disposition

None

---

## Plaintiff

**USA**      represented by    **Ankur Srivastava**
United States Attorneys Office
219 South Dearborn
5th Floor
Chicago, IL 60604
(312) 353-3148
Email: Ankur.Srivastava@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Sean Joseph Byrnes Franzblau**
USAO NDIL
219 S. Dearborn
Suite 3006
Chicago, IL 60604
312 353 5305
Email: sean.franzblau@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435-5793
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

**Probation Department**
.

408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Probation Department*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/09/2018 | 1 | INDICTMENT as to Xavier Elizondo (1) count(s) 1, 2, David Salgado (2) count(s) 1, 2, 3 (bg, ) (Entered: 05/10/2018) |
| 05/09/2018 | 🔒 2 | (Court only) UNREDACTED (SEALED) INDICTMENT as to defendant Xavier Elizondo, David Salgado (bg, ) (Entered: 05/10/2018) |
| 05/09/2018 | 3 | DESIGNATION Sheet: FELONY (Category 2). (bg, ) (Entered: 05/10/2018) |
| 05/09/2018 | 4 | MINUTE entry before the Honorable Maria Valdez: To set preliminary bail at $50,000.00 unsecured bond and that both the defendants be allowed to sign own recognizance bond. Mailed notice. (bg, ) (Entered: 05/10/2018) |
| 05/10/2018 | 5 | ATTORNEY Appearance for USA bySean Joseph Byrnes Franzblau (Franzblau, Sean) (Entered: 05/10/2018) |
| 05/10/2018 | 7 | ATTORNEY Appearance for defendant David Salgado by Michael John Petro (Petro, Michael) (Entered: 05/10/2018) |
| 05/11/2018 | 🔒 8 | NOTICE of Arraignment as to Xavier Elizondo, David Salgado before Honorable Matthew F. Kennelly on 5/16/2018 at 01:30 PM. (bg, ) (Entered: 05/11/2018) |
| 05/11/2018 | 🔒 9 | AMENDED NOTICE of Arraignment as to Xavier Elizondo, David Salgado before Honorable Matthew F. Kennelly on 5/24/2018 at 01:30 PM. Arraignment set for 5/16/2018 at 01:30 PM is vacated. (bg, ) (Entered: 05/11/2018) |
| 05/24/2018 | 11 | PRETRIAL Bail Report as to David Salgado (SEALED) (va) (Entered: 05/24/2018) |
| 05/24/2018 | 12 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: Initial appearance and arraignment held on 5/24/2018 and continued to 5/29/2018 at 1:30 p.m. Ordered time excluded through 5/29/2018, pursuant to 18 U.S.C. 3161(h)(7)(B)(ii). Mailed notice. (pjg, ) (Entered: 05/25/2018) |
| 05/29/2018 | 16 | ORDER: Continued arraignment on the indictment held on 5/29/2018. Defendant waives formal reading and enters a plea of not guilty to all counts of the indictment. Rule 16.1 conference is to be held 6/12/2018. Defendant's pretrial motions are to be filed by 7/13/2018; government's responses, if any, due by 8/13/2018. Jury trial is set for 5/13/2019 at 9:45 a.m. Status hearing is set for 7/24/2018 at l:30 p.m. Ordered time excluded through 7/24/2018, due to the complexity of the case, pursuant to 18 U.S.C. 3161(h)(7)(B)(ii). Signed by the Honorable Matthew F. Kennelly on 5/29/2018. Mailed notice. (bg, ) (Entered: 05/29/2018) |

| 05/29/2018 | 🔒 | 17 | ORDER Setting Conditions of Release as to David Salgado in amount of $50,000, unsecured. Signed by the Honorable Matthew F. Kennelly on 5/29/2018. Mailed notice. (bg, ) (Entered: 05/29/2018) |
|---|---|---|---|
| 05/29/2018 | 🔒 | 18 | APPEARANCE Bond as to David Salgado in the amount of $50,000, (bg, ) (Entered: 05/29/2018) |
| 07/24/2018 | | 21 | MINUTE entry before the Honorable Matthew F. Kennelly as to Exavier Elizondo and David Salgado: Status hearing held on 7/24/2018. Motion for extension of time 19 is granted. Deadline for filing of pretrial motions is extended to 9/14/2018 for both defendants. Status hearing set for 9/18/2018 at 1:30 p.m. Ordered time excluded through 9/14/2018 for both defendants due to the complexity of the case, pursuant to 18 U.S.C. 3161(h)(7)(B)(iv). Mailed notice. (pjg, ) (Entered: 07/24/2018) |
| 09/18/2018 | | 24 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: Status hearing held on 9/18/2018. Defendant Elizondo has until 9/25/2018 to supplement his motion for severance. Response to motion for severance 22 and motion to suppress 23 due by 10/27/2018; replies by 11/5/2018. Status hearing is set for 12/19/2018 at 1:30 p.m. Defendants' appearances are waived for the 12/19/2018 status hearing. Ordered time excluded through 12/19/2018 for both defendants due to the complexity of the case and pending motions, pursuant to 18 U.S.C. 3161 (h)(1)(D) & (h)(7) (B)(ii). Mailed notice. (pjg, ) (Entered: 09/18/2018) |
| 12/19/2018 | | 30 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: Status hearing held on 12/19/2018. Motion to withdraw 25 is granted; motion to sever defendant 22 is withdrawn. Argument on motion to suppress 23 set for 1/3/2019 at 9:30 a.m. Ordered time excluded through 13/2019 for both defendants due to the complexity of the case and pending motions, pursuant to 18 U.S.C. 3161 (h)(1)(D) & (h)(7)(B)(ii). Mailed notice. (pjg, ) (Entered: 12/20/2018) |
| 01/03/2019 | | 31 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: Argument heard regarding motion to suppress 23 . Motion is taken under advisement. Status hearing set for 1/31/2019 at 1:30 p.m. Mailed notice. (pjg, ) (Entered: 01/03/2019) |
| 01/29/2019 | | 32 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: At the Court's instance, the 1/31/2019 status hearing is vacated and reset for 2/14/2019 at 1:30 p.m. Ordered time excluded through 2/14/2019 for both defendants due to the complexity of the case, pursuant to 18 U.S.C. 3161 (h)(1)(D) & (h)(7)(B)(ii). Mailed notice. (pjg, ) (Entered: 01/29/2019) |
| 02/14/2019 | | 34 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: Status hearing held on 2/14/2019. Defendant Elizondo's motion to suppress 23 is denied; written ruling to follow. Any motion to sever to be filed by 3/1/2019. Deadline for Government's Santiago proffer is 4/8/2019. Any motions in limine are due by 4/22/2019; responses due by 5/1/2019. The government is to submit a proposed statement of the case, voir dire questions, jury instructions, and a witness list by 4/29/2019. The same materials are due from the defendant by 5/6/2019. Final pretrial conference set |

|  |  |  |
|---|---|---|
|  |  | for 5/8/2019 at 3:30 p.m. Status hearing is set for 3/6/2019 at 1:30 p.m. Ordered time excluded for both defendants through 5/13/2019, for filing of pretrial motions and for the Court to rule on them, pursuant to 18 U.S.C. 3161 (h)(1)(D). Mailed notice. (pjg, ) (Entered: 02/15/2019) |
| 02/22/2019 | 35 | MEMORANDUM Opinion and Order written by the Honorable Matthew F. Kennelly on 2/22/2019. For the reasons stated, the Court denies defendant Elizondo's motion to suppress 23 . Mailed notice. (pjg, ) (Entered: 02/22/2019) |
| 03/01/2019 | 36 | MOTION by Xavier Elizondo, David Salgado to sever defendant *JOINT* (Petro, Michael) (Entered: 03/01/2019) |
| 03/01/2019 | 37 | NOTICE of Motion by Michael John Petro for presentment of motion to sever defendant 36 before Honorable Matthew F. Kennelly on 3/6/2019 at 01:30 PM. (Petro, Michael) (Entered: 03/01/2019) |
| 03/06/2019 | 38 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: Status hearing held on 3/6/2019 and continued to 3/20/2019 at 9:30 a.m. Ordered time excluded through 3/20/2019 for both defendants, due to the pending motions and for the Court to rule on them, pursuant to 18 U.S.C. 3161 (h)(1)(D). Mailed notice. (pjg, ) (Entered: 03/06/2019) |
| 03/19/2019 | 39 | SUPERSEDING INDICTMENT as to Xavier Elizondo (1) count(s) 1s, 2s, 3s, 4s, 6s, David Salgado (2) count(s) 1s, 2s, 3s, 5s, 7s (dal, ) (Entered: 03/20/2019) |
| 03/19/2019 | 🔒 40 | (Court only) UNREDACTED (SEALED) SUPERSEDING INDICTMENT as to defendant Xavier Elizondo, David Salgado (dal, ) (Entered: 03/20/2019) |
| 03/19/2019 | 41 | DESIGNATION Sheet: FELONY (Category 2). (dal, ) (Entered: 03/20/2019) |
| 03/19/2019 | 42 | MINUTE entry before the Honorable Jeffrey Cummings: as to Xavier Elizondo, David Salgado. Bond previously set in (18-cr-00286) to stand as bond in this instance as to Xavier Elizondo and David Salgado. Mailed notice. (dal, ) (Entered: 03/20/2019) |
| 03/20/2019 | 43 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: Status hearing held on 3/20/2019. Arraignment on superseding indictment set for 3/26/2019 at 1:30 p.m. Ordered time excluded for both defendants through 3/26/2019 due to the pending motions and for the Court to rule on them, pursuant to 18 U.S.C. 3161(h)(1)(D). Mailed notice. (pjg, ) (Entered: 03/20/2019) |
| 03/26/2019 | 44 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: At the Court's instance, the time for the 3/26/2019 arraignment is moved to 2:00 p.m. Mailed notice. (pjg, ) (Entered: 03/26/2019) |
| 03/26/2019 | 46 | ORDER as to David Salgado (2): Arraignment hearing held superseding indictment on 3/26/2019. Defendant waives formal reading and pleads not guilty to all counts in the superseding indictment. Rule 16.1 conference on superseding indictment is to be held by 4/5/2019. Defense pretrial motions on superseding indictment are due by 5/3/2019. The 5/13/2019 jury trial is vacated and reset for 7/15/2019 at 9:45 a.m. The 5/8/2019 final pretrial conference is |

| | | |
|---|---|---|
| | | converted to a status hearing and the time is advanced to 1:30 p.m. Motion to sever 36 is terminated as moot. Ordered time excluded through 5/8/2019 for defense counsel to prepare and file motions and for the Court to rule on them, pursuant to 18 U.S.C. 3161(h)(1)(D). (X-E) Signed by the Honorable Matthew F. Kennelly on 3/26/2019. Mailed notice (lf, ) (Entered: 03/26/2019) |
| 04/30/2019 | 47 | MOTION by Xavier Elizondo to sever defendant as to Xavier Elizondo, David Salgado (Attachments: # 1 Certificate of Service)(Clancy, Michael) (Entered: 04/30/2019) |
| 05/08/2019 | 48 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: Status hearing held on 5/8/2019. Defendants to file further submission regarding motion to sever under seal by 5/20/2019; response to be filed under seal by 5/28/2019. Status hearing and argument and ruling on motion to sever set for 5/31/2019 at 1:30 p.m. Government's Santiago proffer due by 6/17/2019. Any motions in limine are to be filed by 7/1/2019; responses due by 7/8/2019. The government is to submit a proposed statement of the case, voir dire questions, and jury instructions, and a list of witnesses, by 7/1/2019. The same materials are due from the defendant by 7/8/2019. Final pretrial set for 7/11/2019 at 3:30 p.m. Defendants are to be present for the final pretrial conference. Ordered time excluded through 5/31/2019 due to pending motions and for the Court to rule on them, pursuant to 18 U.S.C. 3161(h)(1)(D). Mailed notice. (pjg, ) (Entered: 05/09/2019) |
| 05/20/2019 | 50 | SEALED MOTION by David Salgado (Petro, Michael) Modified on 8/28/2019 (pjg, ). (Entered: 05/20/2019) |
| 05/28/2019 | 51 | SEALED RESPONSE by USA to *Xavier Elizondo and David Salgado's Motions for Severance* (Attachments: # 1 Exhibit A)(Srivastava, Ankur) (Entered: 05/28/2019) |
| 05/31/2019 | 52 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: Status hearing and motion hearing held on 5/31/2019. Motion for protective order is granted. Order to follow. Motion hearing regarding motion to sever 47 and status hearing continued to 6/10/2019 at 1:30 p.m. Mailed notice. (pjg, ) (Entered: 05/31/2019) |
| 06/05/2019 | 54 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: At the request of counsel for the government with the agreement of counsel for both defendants, the 6/10/2019 status hearing and motion hearing are vacated and reset for 6/14/2019 at 10:00 a.m. This date will not be moved again for any reason whatsoever. Mailed notice. (pjg, ) (Entered: 06/05/2019) |
| 06/06/2019 | 55 | MOTION by USA To Release Sealed Filings as to Xavier Elizondo, David Salgado (Srivastava, Ankur) (Entered: 06/06/2019) |
| 06/06/2019 | 56 | Exhibit A by USA as to Xavier Elizondo, David Salgado (Srivastava, Ankur) (Entered: 06/06/2019) |
| 06/06/2019 | 57 | NOTICE of Motion by Ankur Srivastava for presentment of motion for miscellaneous relief 55 before Honorable Matthew F. Kennelly on 6/14/2019 at 10:00 AM. (Srivastava, Ankur) (Entered: 06/06/2019) |

| | | | |
|---|---|---|---|
| 06/11/2019 | | 62 | APPLICATION for an Order relating to subject phone 7 by USA as to Xavier Elizondo, David Salgado. (kp, ) (Entered: 06/19/2019) |
| 06/11/2019 | | 63 | WARRANT AND ORDER as to Xavier Elizondo, David Salgado. Signed by the Honorable Matthew F. Kennelly on 6/11/19. Mailed notice. (kp, ) (Entered: 06/19/2019) |
| 06/11/2019 | | 64 | WARRANT AND ORDER to Service Provider as to Xavier Elizondo, David Salgado. Signed by the Honorable Matthew F. Kennelly on 6/11/19. Mailed notice. (kp, ) (Entered: 06/19/2019) |
| 06/14/2019 | | 58 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo (1) and David Salgado (2): Status hearing and motion hearing held on 6/14/2019. Motion by USA to release sealed filings 55 is granted; the government has permission to turn over the documents in question to Judge Durkin under seal. Motion to sever defendant 47 is continued to a status hearing set for 6/18/2019 at 1:30 p.m. Ordered time excluded through 6/18/2019 due to pending motions and for the Court to rule on them, pursuant to 18 U.S.C. 3161(h)(1)(D). Mailed notice. (pjg, ) (Entered: 06/14/2019) |
| 06/17/2019 | 🔒 | 59 | Search WARRANT returned executed as to Xavier Elizondo, David Salgado on 6/17/19 (Franzblau, Sean) (Entered: 06/17/2019) |
| 06/17/2019 | | 60 | MOTION by USA in limine as to Xavier Elizondo, David Salgado *Government's Santiago Proffer* (Franzblau, Sean) (Entered: 06/17/2019) |
| 06/18/2019 | | | FORWARDED docket entries 10 , 11 , 27 , 29 , 49 , 50 and 51 per court order 58 dated 06/14/2019, to the Assistant United States Attorneys assigned in case 17-cr-611. (jjr, ) (Entered: 06/18/2019) |
| 06/18/2019 | | 61 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo (1) and David Salgado (2): Status hearing and motion hearing held on 6/18/2019. Motion to sever defendant 47 is denied for reasons stated in open court. The 7/15/2019 jury trial is vacated and reset for 10/7/2019 at 9:45 a.m. The 7/11/2019 final pretrial conference is vacated. Defendants have until 7/9/2019 to file a response to the government's Santiago proffer. Status hearing set for 7/16/2019 at 1:30 p.m. Ordered time excluded through 7/16/2019 due to the complexity of the case, pursuant to 18 U.S.C. 3161 (h)(7)(B)(ii). Mailed notice. (pjg, ) (Entered: 06/18/2019) |
| 07/16/2019 | | 66 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo (1) and David Salgado (2): Status hearing held on 7/16/2019 and continued to 8/28/2019 at 1:30 p.m. Any motions in limine are due by 9/9/2019. Responses are due by 9/16/2019. The government is to submit a proposed statement of the case, voir dire questions, jury instructions, and a witness list by 9/9/2019. The same materials are due from the defendant by 9/16/2019. Final pretrial conference set for 9/19/2019 at 3:30 p.m. Time ordered excluded through 8/28/2019 due to the complexity of the case, pursuant 18 USC 3161(h)(7)(B)(ii). Mailed notice. (pjg, ) (Entered: 07/17/2019) |
| 08/09/2019 | | 67 | SEALED Document (jjr, ) (Entered: 08/12/2019) |

| 08/09/2019 | 68 | SEALED ORDER Signed by the Honorable Matthew F. Kennelly on 8/9/2019. (jjr, ) (Entered: 08/12/2019) |
|---|---|---|
| 08/09/2019 | 69 | SEALED ORDER Signed by the Honorable Matthew F. Kennelly on 8/9/2019. (jjr, ) (Entered: 08/12/2019) |
| 08/28/2019 | 71 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: Status hearing held on 8/28/2019. T-Mobile is directed to produce documents requested in subpoena dated 8/16/2019 by 9/4/2019. Ordered time excluded through the 9/19/2019 final pretrial conference due to the complexity of the case, pursuant 18 USC 3161(h)(7)(B)(ii). Mailed notice. (pjg, ) (Entered: 08/28/2019) |
| 09/03/2019 | 72 | PETITION filed by USA as to Xavier Elizondo, David Salgado *Petition for writ of habeas corpus ad testificandum* (Franzblau, Sean) (Entered: 09/03/2019) |
| 09/04/2019 | 🔒 73 | ORDER Signed by the Honorable Matthew F. Kennelly on 9/4/2019. Mailed notice. (jjr, ) (Entered: 09/04/2019) |
| 09/04/2019 | 🔒 74 | WRIT of Habeas Corpus Ad Testificandum issued to U.S. Marshal as to Elijah Robinson via email. (jjr, ) (Entered: 09/04/2019) |
| 09/09/2019 | 77 | MOTION by David Salgado in limine (Petro, Michael) (Entered: 09/09/2019) |
| 09/09/2019 | 78 | MOTION by USA in limine as to Xavier Elizondo, David Salgado *Government's Consolidated Motions in Limine* (Franzblau, Sean) (Entered: 09/09/2019) |
| 09/09/2019 | 79 | WITNESS List by USA as to Xavier Elizondo, David Salgado (Franzblau, Sean) (Entered: 09/09/2019) |
| 09/09/2019 | 80 | Proposed Statement of the Case by USA as to Xavier Elizondo, David Salgado (Franzblau, Sean) (Entered: 09/09/2019) |
| 09/09/2019 | 81 | PROPOSED Jury Instructions by USA as to Xavier Elizondo, David Salgado (Srivastava, Ankur) (Entered: 09/09/2019) |
| 09/09/2019 | 82 | PROPOSED Voir Dire by USA as to Xavier Elizondo, David Salgado (Franzblau, Sean) (Entered: 09/09/2019) |
| 09/10/2019 | 83 | PETITION filed by USA as to Xavier Elizondo, David Salgado *Amended petition for writ of habeas corpus ad testificandum* (Franzblau, Sean) (Entered: 09/10/2019) |
| 09/10/2019 | 84 | MOTION by USAPetition for Statutory Use Immunity as to Xavier Elizondo, David Salgado (Attachments: # 1 Exhibit DOJ Approval Letter)(Franzblau, Sean) (Entered: 09/10/2019) |
| 09/10/2019 | 85 | NOTICE of Motion by Sean Joseph Byrnes Franzblau for presentment of motion for miscellaneous relief 84 before Honorable Matthew F. Kennelly on 9/12/2019 at 09:30 AM. (Franzblau, Sean) (Entered: 09/10/2019) |
| 09/11/2019 | 86 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: The Court directs Jose Ascencio to appear in Courtroom 2103 at 9:30 AM on 9/12/2019 for the hearing on the government's |

|  |  |  |  |
|---|---|---|---|
|  |  |  | petition to confer him with use immunity and compel him to testify. The government is directed to serve Mr. Ascencio, via his counsel or otherwise, with a copy of this order. Mailed notice. (pjg, ) (Entered: 09/11/2019) |
| 09/12/2019 |  | 87 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo (1) and David Salgado (2): Jose Ascencio appears. Motion for order granting immunity 84 is granted; order to follow. Mailed notice. (pjg, ) (Entered: 09/12/2019) |
| 09/16/2019 |  | 92 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo, David Salgado: PETITION filed by USA as to Xavier Elizondo, David Salgado Amended petition for writ of habeas corpus ad testificandum 83 is granted. Order and writ of habeas corpus ad testificandum to follow. Mailed notice. (pjg, ) (Entered: 09/16/2019) |
| 09/16/2019 | 🔒 | 93 | ORDER as to Elijah Robinson. Signed by the Honorable Matthew F. Kennelly on 9/16/19. Mailed notice. (kp, ) (Entered: 09/16/2019) |
| 09/16/2019 | 🔒 | 94 | WRIT of Habeas Corpus Ad Testificandum issued to U.S. Marshal as to Elijah Robinson. (kp, ) (Entered: 09/16/2019) |
| 09/16/2019 |  | 95 | RESPONSE by David Salgado as to Xavier Elizondo, David Salgado regarding MOTION by USA in limine as to Xavier Elizondo, David Salgado *Government's Consolidated Motions in Limine* 78 (Petro, Michael) (Entered: 09/16/2019) |
| 09/16/2019 |  | 96 | PROPOSED Voir Dire by David Salgado as to Xavier Elizondo, David Salgado (Petro, Michael) (Entered: 09/16/2019) |
| 09/16/2019 |  | 97 | PROPOSED Jury Instructions by David Salgado as to Xavier Elizondo, David Salgado (Petro, Michael) (Entered: 09/16/2019) |
| 09/16/2019 |  | 98 | RESPONSE by USA as to Xavier Elizondo, David Salgado regarding MOTION by David Salgado in limine 77 , MOTION by Xavier Elizondo in limine *(Omnibus)* 75 *Government's Consolidated Responses to Defendants' Motions in Limine* (Franzblau, Sean) (Entered: 09/16/2019) |
| 09/18/2019 |  | 99 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: At the Court's instance, the time for the 9/19/2019 final pretrial conference is advanced to 2:30 p.m. Mailed notice. (pjg, ) (Entered: 09/18/2019) |
| 09/19/2019 |  | 100 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: Final pretrial conference held on 9/19/2019 and continued to 9/20/2019 at 10:30 a.m. Mailed notice. (pjg, ) (Entered: 09/19/2019) |
| 09/19/2019 |  | 101 | ATTORNEY Appearance for defendant David Salgado by Brooke Buican (Buican, Brooke) (Entered: 09/19/2019) |
| 09/20/2019 |  | 104 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: Finial pretrial conference held on 9/20/2019. Mailed notice. (pjg, ) (Entered: 09/20/2019) |

| | | |
|---|---|---|
| 10/04/2019 | 106 | MOTION by USA to seal document as to Xavier Elizondo, David Salgado (Franzblau, Sean) (Entered: 10/04/2019) |
| 10/06/2019 | 107 | WITNESS List by USA as to Xavier Elizondo, David Salgado (Franzblau, Sean) (Entered: 10/06/2019) |
| 10/07/2019 | 109 | WITNESS List by USA as to Xavier Elizondo, David Salgado (Srivastava, Ankur) (Entered: 10/07/2019) |
| 10/07/2019 | 110 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: Jury trial held on 10/7/2019. Jury selected. Jury trial continued to 10/8/2019 at 10:00 AM. Mailed notice. (pjg, ) (Entered: 10/07/2019) |
| 10/08/2019 | 111 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: Oral ruling made on government's supplemental motions in limine as stated in open court on 10/7/2019. Mailed notice. (pjg, ) (Entered: 10/08/2019) |
| 10/08/2019 | 112 | MINUTE entry before the Honorable Matthew F. Kennelly: Jury trial held on 10/8/2019. Defendant Elizondo's oral continued motion for severance is denied. Evidence presented. Jury Trial continued to 10/9/2019 at 9:45 AM. Mailed notice. (pjg, ) (Entered: 10/08/2019) |
| 10/08/2019 | 113 | SEALED ORDER. Signed by the Honorable Matthew F. Kennelly on 10/8/19. Mailed notice. (kp, ) (Entered: 10/09/2019) |
| 10/09/2019 | 114 | FINANCIAL Affidavit (SEALED). (kp, ) (Entered: 10/09/2019) |
| 10/09/2019 | 115 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: Jury trial held on 10/9/2019. Government is directed to produce records as stated in open court to the Court for an *in camera* review. Jury trial is continued to 10/10/2019 at 9:45 a.m. (pjg, ) (Entered: 10/09/2019) |
| 10/10/2019 | 116 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: Jury trial held on 10/10/2019. Evidence presented. Jury Trial continued to 10/11/2019 at 9:35 a.m. Mailed notice. (pjg, ) (Entered: 10/10/2019) |
| 10/11/2019 | 117 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: Jury trial held on 10/11/2019. Evidence presented. Jury trial continued to 10/15/2019 at 9:45 a.m. Mailed notice. (pjg, ) (Entered: 10/11/2019) |
| 10/15/2019 | 118 | PETITION for order granting immunity pursuant to Section 6002, Title 18, United States Code, to compel testimony of Antwon Davis filed by USA. (pjg, ) (Entered: 10/15/2019) |
| 10/15/2019 | 119 | ORDER granting immunity of Antwan Davis signed by the Honorable Matthew F. Kennelly on 10/15/2019. (pjg, ) (Entered: 10/15/2019) |
| 10/15/2019 | 120 | CJA ORDER Appointing Counsel Kent R. Carlson for Antwon Davis Under the Criminal Justice Act. Signed by the Honorable Matthew F. Kennelly on 10/15/19. Mailed notice. (kp, ) (Entered: 10/15/2019) |

| | | |
|---|---|---|
| 10/15/2019 | 121 | ATTORNEY Appearance for Antwon Davis by Kent R. Carlson. (kp, ) (Entered: 10/15/2019) |
| 10/15/2019 | 122 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: Jury trial held on 10/15/2019 and continued to 10/16/2019 at 11:30 a.m. Mailed notice. (pjg, ) (Entered: 10/15/2019) |
| 10/15/2019 | 124 | SEALED ORDER. Signed by the Honorable Matthew F. Kennelly on 10/15/19. Mailed notice. (kp, ) (Entered: 10/17/2019) |
| 10/16/2019 | 123 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: Jury trial held on 10/16/2019 and continued to 10/17/2019 at 9:45 a.m. Mailed notice. (mma, ) (Entered: 10/16/2019) |
| 10/17/2019 | 125 | PETITION for Order granting immunity pursuant to Section 6002, Title 18 United States Code, to compel testimony of Latonia Gipson filed by USA. (kp, ) (Entered: 10/17/2019) |
| 10/17/2019 | 126 | ORDER. Signed by the Honorable Matthew F. Kennelly on 10/17/19. Mailed notice. (kp, ) (Entered: 10/17/2019) |
| 10/17/2019 | 127 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: Jury trial held on 10/17/2019. Evidence entered. Jury Trial continued to 10/18/2019 at 9:30 AM. (pjg, ) (Entered: 10/17/2019) |
| 10/17/2019 | 128 | MOTION by David Salgado for mistrial as to Xavier Elizondo, David Salgado (Petro, Michael) (Entered: 10/17/2019) |
| 10/18/2019 | 129 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo, David Salgado: Jury trial held on 10/18/2019. Evidence entered. Defendant Elizondo's oral motion for mistrial is denied for the reasons stated in open court. Government is ordered to notify defense counsel by 2:00 p.m. on 10/19/2019 if there will be rebuttal witnesses. Jury Trial set for 10/21/2019 at 9:40 AM. (mma, ) (Entered: 10/18/2019) |
| 10/21/2019 | 130 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo, David Salgado: Jury trial held on 10/21/2019. Deliberations begin. Mailed notice. (mma, ) (Entered: 10/21/2019) |
| 10/21/2019 | 131 | JURY Instructions as to Xavier Elizondo, David Salgado. (mma, ) (Entered: 10/22/2019) |
| 10/22/2019 | 132 | JURY Notes as to Xavier Elizondo, David Salgado. (mma, ) (Entered: 10/22/2019) |
| 10/22/2019 | 134 | MINUTE entry before the Honorable Matthew F. Kennelly as to David Salgado: Jury trial and jury deliberations completed on 10/22/2019. The jury finds defendant David Salgado guilty on Counts 1s, 2s, 3s, 5s, and 7s of the Superseding Indictment. Case is referred to the Probation Office for preparation of a presentence report. Post-trial motions shall be filed by 11/26/2019. Sentencing hearing set for 1/23/2020 at 1:30 p.m. The presentence report is to be filed by 12/19/2019. Objections to the presentence report are due 1/9/2020 and responses if any are to be filed by 1/16/2020. Status hearing set for 12/3/2019 at 1:30 p.m. Defendant's appearance is waived for the next status hearing. Government's oral motion to modify defendant's conditions of release |

| | | |
|---|---|---|
| | | is granted and paragraph k of the conditions of release <u>17</u> is added for the reasons stated in open court. Defendant David Salgado is not to possess a firearm and must turn over his FOID card to Pretrial Services on 10/23/2019 by 3:30 p.m. Mailed notice. (mma, ) (Entered: 10/22/2019) |
| 10/22/2019 | <u>138</u> | JURY Verdict as to David Salgado (2) guilty on Count 1s, 2s, 3s, 5s, 7s. Verdict form emailed to defendant's counsel of record as to David Salgado. (RESTRICTED.) (mma, ) (Entered: 10/23/2019) |
| 10/23/2019 | <u>136</u> | MINUTE entry before the Honorable Matthew F. Kennelly as to David Salgado: Jury trial and jury deliberations completed on 10/22/2019. The jury finds defendant David Salgado guilty on Counts 1s, 2s, 3s, 5s, and 7s of the Superseding Indictment. Case is referred to the Probation Office for preparation of a presentence report. Post-trial motions shall be filed by 11/26/2019. Sentencing hearing set for 1/23/2020 at 1:30 p.m. The presentence report is to be filed by 12/19/2019. Government's version of the offense is to be submitted by 11/6/2019. Defendant's version, if any, is to be submitted by 11/13/2019. Government's sentencing memorandum is to be filed by 1/9/2020. Defendant's sentencing memorandum is to be filed by 1/16/2020. Status hearing set for 12/3/2019 at 1:30 p.m. Defendant's appearance is waived for the next status hearing. Government's oral motion to modify defendant's conditions of release is granted and paragraph K of the conditions of release 14 is added for the reasons stated in open court. Defendant David Salgado is not to possess a firearm and must turn over his FOID card to Pretrial Services by 10/23/2019 at 3:30 p.m. Mailed notice. (mma, ) (Entered: 10/23/2019) |
| 10/23/2019 | <u>139</u> | SEALED ORDER. Signed by the Honorable Matthew F. Kennelly on 10/23/19. Mailed notice. (kp, ) (Entered: 10/25/2019) |
| 10/31/2019 | <u>140</u> | SEALED ORDER. Signed by the Honorable Matthew F. Kennelly on 10/31/19. Mailed notice. (kp, ) (Entered: 11/01/2019) |
| 11/26/2019 | <u>142</u> | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: The government's response to any post-trial motions is to be filed by 12/18/2019. If the defendants wish to file replies, they are to be filed by 1/3/2020. Mailed notice. (mma, ) (Entered: 11/26/2019) |
| 11/26/2019 | <u>143</u> | MOTION by David Salgado for new trial (Attachments: # <u>1</u> Affidavit Vanessa Lopez and Kim Arreola, # <u>2</u> Exhibit Trial Exhibit E-15)(Petro, Michael) (Entered: 11/26/2019) |
| 12/03/2019 | <u>144</u> | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo and David Salgado: Status hearing held on 12/3/2019. Mailed notice. (mma, ) (Entered: 12/03/2019) |
| 12/18/2019 | <u>145</u> | RESPONSE by USA as to Xavier Elizondo, David Salgado regarding MOTION by David Salgado for new trial <u>143</u> , MOTION by Xavier Elizondo for judgment of acquittal MOTION by Xavier Elizondo for new trial 141 *Government's Consolidated Response to Defendants' Post-Trial Motions* (Franzblau, Sean) (Entered: 12/18/2019) |
| 12/19/2019 | <u>146</u> | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo, David Salgado: At the request of all parties, the sentencing set for 1/23/2020 is vacated and reset to 2/4/2020 at 1:30 PM. All other deadlines set |

| | | by the Court remain in effect. Mailed notice. (mma, ) (Entered: 12/19/2019) |
|---|---|---|
| 01/09/2020 | 🔒 149 | (Court only) SENTENCING Recommendation as to David Salgado (SEALED) (Mosley, Crystal) (Entered: 01/09/2020) |
| 01/09/2020 | 150 | PRESENTENCE Investigation Report as to David Salgado (SEALED) (Mosley, Crystal) (Entered: 01/09/2020) |
| 01/15/2020 | 152 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo, David Salgado: The probation office is directed to disclose its recommendation to both sides. Mailed notice. (mma, ) (Entered: 01/15/2020) |
| 01/15/2020 | 153 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo, David Salgado: Status hearing set for 1/23/2020 at 01:30 p.m. Defendants' appearances are waived for the status hearing. Mailed notice. (mma, ) (Entered: 01/15/2020) |
| 01/23/2020 | 154 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo, David Salgado: Status hearing held on 1/23/2020. The sentencing hearing set for 2/4/2020 is vacated and reset to 3/11/2020 at 10:00 a.m. Government's sentencing memorandum is due 2/26/2020. Defendant's sentencing memorandum is due 3/4/2020. Mailed notice. (mma, ) (Entered: 01/23/2020) |
| 01/23/2020 | 155 | ORDER Denying Defendants' Post-Trial Motions as to Xavier Elizondo, David Salgado: Signed by the Honorable Matthew F. Kennelly on 1/23/2020. Mailed notice. (mma, ) (Entered: 01/23/2020) |
| 02/28/2020 | 156 | SENTENCING MEMORANDUM as to Xavier Elizondo, David Salgado (Franzblau, Sean) (Entered: 02/28/2020) |
| 03/03/2020 | 157 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo, David Salgado: At the request of the parties, the deadline for defendants to file their sentencing memorandum is extended to 3/9/2020. Mailed notice. (mma, ) (Entered: 03/03/2020) |
| 03/03/2020 | 158 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo, David Salgado : Corrected minute entry 157 . At the request of the parties, the deadline for defendants to file their sentencing memorandum is extended to 3/9/2020. Mailed notice. (mma, ) (Entered: 03/03/2020) |
| 03/04/2020 | 159 | MOTION by David Salgado to continue *Sentencing/Sentencing Memo* (Petro, Michael) (Entered: 03/04/2020) |
| 03/04/2020 | 160 | NOTICE of Motion by Michael John Petro for presentment of motion to continue 159 before Honorable Matthew F. Kennelly on 3/5/2020 at 09:30 AM. (Petro, Michael) (Entered: 03/04/2020) |
| 03/04/2020 | 161 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo, David Salgado: At the Court's instance, the notice of motion hearing regarding defendant David Salgado's motion to reset the sentencing hearing 159 , set for 9:30 a.m. on 3/5/2020 is reset to 1:30 p.m. on that date. Mailed notice. (mma, ) (Entered: 03/04/2020) |

| 03/05/2020 | 162 | MINUTE entry before the Honorable Matthew F. Kennelly as to David Salgado: Motion hearing held on 3/5/2020. Defendant's motion to continue 159 is granted. Defendant David Salgado's continued sentencing hearing is set for 3/23/2020 at 1:30 p.m. Mailed notice. (mma, ) (Entered: 03/05/2020) |
| --- | --- | --- |
| 03/09/2020 | 165 | SENTENCING MEMORANDUM as to David Salgado (Petro, Michael) (Entered: 03/09/2020) |
| 03/11/2020 | 168 | MINUTE entry before the Honorable Matthew F. Kennelly as to David Salgado: Sentencing held on 3/11/2020. The continued sentencing hearing remains set for 3/23/2020 at 1:30 p.m. Mailed notice. (mma, ) (Entered: 03/11/2020) |
| 03/12/2020 | 169 | CHARACTER Reference Letters as to David Salgado (SEALED) (Dawson, Sabrina) (Entered: 03/12/2020) |
| 03/12/2020 | 170 | Government Exhibits from March 11, 2020 Sentencing Hearing by USA as to Xavier Elizondo, David Salgado (Franzblau, Sean) (Entered: 03/12/2020) |
| 03/16/2020 | 173 | ORDER as to Xavier Elizondo, David Salgado Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on March 16, 2020. All open cases are impacted by this Amended General Order. See attached Order for guidance.Signed by the Honorable Rebecca R. Pallmeyer on 3/16/2020. Mailed notice. (pj, ) (Entered: 03/17/2020) |
| 03/17/2020 | 172 | ORDER as to Xavier Elizondo, David Salgado On March 17, 2020, Amended General Order 20-0012 was further revised for all criminal matters. Paragraph 3(i) of the Amended Order, related to criminal matters, is hereby replaced with the following language: All other criminal hearings of any kind scheduled from March 17, 2020 until April 3, 2020 are stricken from the calendar, to be re-set by the presiding judge for a date on or after April 6, 2020. Also, any other deadlines, including motions, briefing, and discovery deadlines, whether set by the court or by the Rules of Criminal Procedure or Local Rules, are hereby extended by 21 days from the current deadline set. This 21-day extension is subject to modification by the presiding judge assigned to the case. See attached order. Revisions appear in red text.Signed by the Honorable Rebecca R. Pallmeyer on 3/17/2020. Mailed notice. (tg, ) (Entered: 03/17/2020) |
| 03/18/2020 | 🔒 | (Court only) Terminate Hearings as to David Salgado: (dl, ) (Entered: 03/18/2020) |
| 03/18/2020 | 174 | MINUTE entry before the Honorable Matthew F. Kennelly as to David Salgado: At the Court's instance, based on General Order 20-0012, David Salgado's sentencing hearing set for 3/23/2020 is vacated and will be reset at a later date. Mailed notice. (mma, ) (Entered: 03/18/2020) |
| 03/30/2020 | 175 | Addendum to Government's Joint Sentencing Memorandum by USA as to Xavier Elizondo, David Salgado (Franzblau, Sean) (Entered: 03/30/2020) |
| 03/30/2020 | 176 | ORDER as to Xavier Elizondo, David Salgado Seconded Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on March 30, 2020. All open cases are impacted by this Second Amended General Order. Amended General |

| | | |
|---|---|---|
| | | Order 20-0012, entered on March 17, 2020, and General Order 20-0014, entered on March 20, 2020, are vacated and superseded by this Second Amended General. See attached Order for guidance.Signed by the Honorable Rebecca R. Pallmeyer on 3/30/2020. Mailed notice. (docket15, ) (Entered: 03/31/2020) |
| 04/13/2020 | 178 | MINUTE entry before the Honorable Matthew F. Kennelly as to David Salgado: The previously set sentencing date having been vacated, the sentencing hearing is reset to 6/11/2020 at 2:00 PM. Mailed notice. (mma, ) (Entered: 04/13/2020) |
| 05/26/2020 | 179 | ORDER as to Xavier Elizondo, David Salgado ORDER Fourth Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on May 26, 2020. This Order does not extend or modify any deadlines set in civil cases. For non-emergency motions, no motion may be noticed for presentment on a date earlier than July 15, 2020. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 5/26/2020. Mailed notice. (docket12, ) (Entered: 05/26/2020) |
| 05/27/2020 | 180 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo, David Salgado: The Court sets the case for a status hearing as to both defendants on 6/1/2020 at 10:45 AM. The purpose of the status hearing will be to discuss scheduling the defendants' sentencing hearings. The status hearing will be conducted by telephone, and the defendant's presence is waived. Counsel should use the following call-in number: 888-684-8852, access code 746-1053. Mailed notice. (mma, ) (Entered: 05/27/2020) |
| 06/01/2020 | 181 | SEALED Document (Attachments: # 1 Exhibit)(Franzblau, Sean) (Entered: 06/01/2020) |
| 06/01/2020 | 182 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo, David Salgado: The government is directed to provide each defense counsel with an unredacted copy of the document filed under seal. No counsel or party may disclose the document or the identity of its author, file it in the public record, or disclose the author's name in the public record without first obtaining leave of court. Mailed notice. (mma, ) (Entered: 06/01/2020) |
| 06/01/2020 | 183 | MINUTE entry before the Honorable Matthew F. Kennelly as to David Salgado: Telephonic status hearing held on 6/1/2020. Sentencing hearing is set for 7/15/2020 at 1:30 p.m. and will be held in person. Defense counsel is directed to file a status report by 6/19/2020. The status report should include whether the defendant consents to proceed by video and, irrespective of whether defendant is willing to appear by video, should identify any witnesses who will be called at the sentencing hearing and should provide the number of others (e.g., family and friends) who are planning to attend the sentencing. The government is directed to file under seal the letter referenced during the status hearing. Defendants are given until 6/19/2020 to make any filing relating to this letter. Mailed notice. (mma, ) (Entered: 06/01/2020) |
| 06/03/2020 | 186 | MINUTE entry before the Honorable Matthew F. Kennelly as to David Salgado: The Court having reset defendant Salgado's sentencing hearing to 7/15/2020, the previously set date of 6/10/2020 is vacated. Mailed notice. |

| | | |
|---|---|---|
| | | (mma, ) (Entered: 06/03/2020) |
| 06/04/2020 | 187 | MOTION by David Salgado to issue as to Xavier Elizondo, David Salgado *LR48.1 Order* (Petro, Michael) (Entered: 06/04/2020) |
| 06/05/2020 | 188 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo, David Salgado: The government submitted a letter dated 5/14/2020 in which a juror in this case, which was tried in 10/2019 (7 months earlier), offered a recommendation in favor of a young person who, as best as the Court can tell, may have submitted an application for a non-attorney position with the US Attorney's Office. Defendant Salgado has now filed a motion under Local Rule 48.1 seeking an order permitting counsel "to have contact with jurors" to "explore the reason [the juror] sought favor from the government." The motion states that the letter "directly places in question the partiality" of the juror. The latter statement is unsupported by any argument and, in the Court's view, it is a considerable stretch (among other things, the fact that the juror made a recommendation for an applicant 7 months after the trial would not appear to call into doubt the juror's impartiality at the time of trial). And counsel's request "to have contact with jurors" offers no explanation of what it is counsel proposes to do (interview this juror? Interview all jurors?), or of what counsel expects might come of this process. Among other things, the motion does not appear to take into account the effect of Federal Rule of Evidence 606. If counsel wishes to pursue this motion, he would be well-advised to file a supplement addressing these points, and to do so before the motion is heard by the Court. The motion is set for hearing, to be conducted by telephone, on 6/9/2020 at 10:30 AM. The following call-in number will be used: 888-684-8852, access code 746-1053. Both defendants, who are on bond, are to call in for the hearing, and any defendant who does not do so will be deemed to have waived his right to be present for the hearing. Mailed notice. (mma, ) (Entered: 06/05/2020) |
| 06/05/2020 | 189 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo, David Salgado: The Court has just learned that it also received a letter from the same juror who sent one to the government, making a similar recommendation on behalf of the same individual. The letter was postmarked 5/14/2020 (like the one to the government). It has been sitting in the chambers mailbox in the Clerk's office on the 20th floor, which has not been emptied out regularly because chambers staff have not been in the courthouse. The Court first discovered the letter late this morning when it went to the Clerk's office to retrieve items from the mailbox. The letter, enclosure, and envelope will be filed under seal. No counsel or party may: (1) disclose the document or the identity of its author or the other person named in the letter; (2) file it in the public record; or (3) disclose in the public record the identify of any person named in the letter, without first obtaining leave of court. Mailed notice. (mma, ) (Entered: 06/05/2020) |
| 06/05/2020 | 190 | SEALED Document. (mma, ) (Entered: 06/05/2020) |
| 06/08/2020 | 191 | MOTION by Xavier Elizondo, David Salgado to supplement MOTION by David Salgado to issue as to Xavier Elizondo, David Salgado *LR48.1 Order* 187 *LR 48.1 ORDER* (Petro, Michael) (Entered: 06/08/2020) |

| | | |
|---|---|---|
| 06/09/2020 | 192 | MINUTE entry before the Honorable Matthew F. Kennelly as to Xavier Elizondo, David Salgado: Telephonic motion hearing held on 6/9/2020. Defendants' motions regarding Local Rule 48.1 187 191 are denied for the reasons stated on the record. Mailed notice. (mma, ) (Entered: 06/09/2020) |
| 06/29/2020 | 196 | MINUTE entry before the Honorable Matthew F. Kennelly as to David Salgado: Defense counsel has not yet filed the status report regarding the sentencing hearing that the Court, by order dated 6/1/2020, directed counsel to file by 6/19/2020 (see dkt. no. 184). Counsel is again ordered to file the status report as directed, by no later than 7/1/2020. Mailed notice. (mma, ) (Entered: 06/29/2020) |
| 06/30/2020 | 199 | STATUS REPORT *Regarding Sentencing Hearing* by David Salgado (Petro, Michael) (Entered: 06/30/2020) |
| 07/10/2020 | 205 | ORDER as to Xavier Elizondo, David Salgado Fifth Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on July 10, 2020. This Order does not extend or modify any deadlines set in civil cases. No motions may be noticed for in-person presentment; the presiding judge will notify parties of the need, if any, for a hearing by electronic means or in-court proceeding. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 7/10/2020. Mailed notice. (clerk1, Docket) (Entered: 07/10/2020) |
| 07/15/2020 | 206 | MINUTE entry before the Honorable Matthew F. Kennelly as to David Salgado: Sentencing hearing held on 7/15/2020. Judgment order to follow. Mailed notice. (mma, ) (Entered: 07/15/2020) |
| 07/15/2020 | 🔒 | (Court only) ***Procedural Interval start P6 1s, 2s, 3s, 5s, and 7s as to David Salgado (td, ) (Entered: 07/20/2020) |
| 07/15/2020 | 🔒 | (Court only) ***Procedural Interval start as to David Salgado (td, ) (Entered: 07/20/2020) |
| 07/20/2020 | 207 | JUDGMENT (Sentencing Order) as to David Salgado (2): The defendant was found guilty on counts one (1s), two (2s), three (3s), five (5s), and seven (7s) of the Superseding Indictment after a plea of not guilty. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: Sixty (60) months as to count one (1s) of the superseding indictment; seventy-one (71) months as to count two (2s) of the superseding indictment; seventy-one (71) months as to count three (3s) of the superseding indictment; sixty (60) months as to count five (5s) of the superseding indictment; and seventy-one (71) months as to count seven (7s) of the superseding indictment. Terms of imprisonment are to run concurrently. The court makes the following recommendations to the Bureau of Prisons: The Court recommends that the defendant be designated to FCP Oxford, so that he may have ongoing contact with his family in Chicago, which is important for the defendant's future positive adjustment. The Court recommends that the defendant be designated to an institution where he can participate in the residential drug and alcohol abuse program at an appropriate point during his incarceration. Any costs of imprisonment are waived. The defendant shall surrender for service at the institution designated by the Bureau of Prisons before 2:00 pm on 12/2/2020. Upon release from imprisonment, you shall be |

| | | |
|---|---|---|
| | | on supervised release for a term of: One (1) year as to counts count(s) one (1s), two (2s), three (3s), five (5s), and seven (7s) of the superseding indictment. The terms are to run concurrently. Criminal Monetary Penalties. Schedule of Payments. (Terminated defendant David Salgado). Signed by the Honorable Matthew F. Kennelly on 7/20/2020. Mailed certified copy to defendant David Salgado's counsel of record Michael John Petro. (td, ) (Entered: 07/20/2020) |
| 07/20/2020 | 208 | STATEMENT of Reasons as to David Salgado(SEALED). Mailed certified copy to defendant David Salgado's counsel of record Michael John Petro. (td, ) (Entered: 07/20/2020) |
| 07/20/2020 | | JUDGMENT and Commitment as to David Salgado issued to U.S. Marshal via e-mail in PDF format. (td, ) (Entered: 07/20/2020) |
| 07/20/2020 | | FORWARDED certified copy of Judgment (Sentencing Order) with Statement of Reasons to the Docketing Department of the U.S. Attorney's Office and the U.S. District Court's Fiscal Department as to David Salgado. (td, ) (Entered: 07/20/2020) |
| 07/22/2020 | 209 | STATEMENT of Correction as to David Salgado (SEALED) (Dawson, Sabrina) (Entered: 07/22/2020) |
| 07/23/2020 | 210 | PAYMENT of Filing fee $ 505, receipt number 0752-17245909. (Petro, Michael) (Entered: 07/23/2020) |
| 07/23/2020 | 211 | NOTICE OF APPEAL by David Salgado regarding judgment,,,,,,,, terminated defendant,,,,,,, 207 Receipt number: Y (Petro, Michael) (Entered: 07/23/2020) |
| 07/24/2020 | 212 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 211 . (smm, ) (Entered: 07/24/2020) |